# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R FOWLER,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN FOX,<br><br>    Respondent. | Case No.: 1:18-cv-01516-JLT (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION TO LIFT STAY<br><br>(Doc. 14) |

On November 1, 2018, Petitioner filed a petition for writ of habeas corpus challenging his 2016 conviction in Tuolumne County Superior Court for assault with a deadly weapon and false imprisonment. (Doc. 1.) Petitioner raised six claims in his petition and indicated that three of them were unexhausted. He requested a stay of the proceedings to allow him time to exhaust his state remedies. The Court granted the stay on November 5, 2018. (Doc. 8.) On September 20, 2019, Petitioner filed a motion to lift the stay stating that exhaustion was complete and attaching a copy of the denial issued by the California Supreme Court. (Doc. 14.) It appears the petition is exhausted, so the Court **LIFTS** the stay.

IT IS SO ORDERED.

    Dated: **October 9, 2019**                  **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE